FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 2 0 2026

Kevin ~~P. Weimer~~, Clerk
By: _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

CJ EVINS

| |
|---|

**WAIVER OF INDICTMENT**

Criminal Action No. 1:26-cr-00121

I, CJ EVINS, the above-named defendant, who is accused of (1) participating in a wire fraud conspiracy, in violation of Title 18, United States Code, Section 371, and (2) committing aggravated identity theft, in violation of Title 18, United States Code, Section 1028A, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive in open court on March 20, 2026, prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

X _____
CJ EVINS
Defendant

_____
Benjamin Alper
Counsel for Defendant

Before _____
            Judicial Officer