U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 20 2026

By: Kevin P. Weimer Clerk
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2024R00755)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME:   Fulton

DISTRICT COURT NO.      1:26-cr-0121

MAGISTRATE CASE NO.

Indictment                    X Information              Magistrate's Complaint
DATE:                         DATE: March 20, 2026       DATE:

UNITED STATES OF AMERICA
vs.
CJ EVINS

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

### Defendant Information:

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?    X Yes   No
Is the defendant a fugitive?    Yes   X No
Has the defendant been released on bond?    Yes   X No

Will the defendant require an interpreter?    Yes   X No

District Judge:

Attorney: C. Brock Brockington
Defense Attorney: